UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LG ELECTRONICS, INC.,

                       Plaintiff

       -against-                              22-cv-0042 (LAK)

DOLBY LABORATORIES. INC., et al.,

                       Defendants.
------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/06/2022

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        1.      On December 23, 2021, plaintiff moved *ex parte* for an order permitting the filing of redacted versions of the complaint and other papers. As this case had not yet been filed, that motion was filed as a miscellaneous matter, given a miscellaneous docket number 21-mc-862, and assigned to Judge Broderick, who granted the motion the same day. The Clerk properly noted on the docket on December 27, 2021, that 21-mc-862, had been terminated on December 23, the date on which Judge Broderick ruled on the plaintiff's *ex parte* motion. Plaintiff, however, did not actually file this action until January 4, 2022.

        2.      In the interim, i.e., between December 23 and January 4, plaintiff and defendants apparently reached an agreement concerning consensual interim measures and a proposed schedule for litigation of certain motions that plaintiff apparently intended to make once this action was commenced which, as noted, did not occur until January 4. That agreement is reflected in a proposed stipulation incorrectly filed by plaintiff's counsel on December 31, 2021 in the by-then terminated miscellaneous matter. No. 21-mc-862 (VB), Dkt. 4. Also incorrectly filed by plaintiff's counsel in the terminated miscellaneous matter on December 31, 2021 was a second stipulation relating to the filing of redacted and unredacted papers in this action. *Id.*, Dkt. 5.

        3.      As Dkts. 4 and 5 incorrectly were filed in 21-mc-862 light of the facts that (a) that miscellaneous matter already had been terminated, and (b) both of those papers actually related to proceedings in this case, the Clerk is directed to refile those two papers in 22-cv-0042 (LAK).

        4.      The Court notes that the two proposed stipulations incorrectly filed in No. 21-mc-862 were signed on behalf of the defendants by a member of the Paul, Weiss firm. Defendants

are directed to file, at or before 5 p.m. on January 10, 2022, a notice stated whether Paul, Weiss will appear or be involved in this case.

       SO ORDERED.

Dated:      January 6, 2022

                                                      _____
                                                           Lewis A. Kaplan
                                                          United States District Judge