UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LG Electronics, Inc.,<br><br>     Plaintiff,<br><br>     v.<br><br>Dolby Laboratories, Inc., Dolby International AB, and Dolby Laboratories Licensing Corp.<br><br>     Defendants. | Case No. 22-cv-00042-LAK<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Dolby Laboratories, Inc., Dolby International AB, and Dolby Laboratories Licensing Corp. in the above-captioned matter.

Dated: New York, New York
   January 10, 2022

            Respectfully submitted,

            PAUL, WEISS, RIFKIND, WHARTON
            & GARRISON LLP

             /s/  William B. Michael
            William B. Michael
            1285 Avenue of the Americas
            New York, New York 10019
            Telephone: (212) 373-3000
            Email: wmichael@paulweiss.com

            *Counsel for Defendants Dolby Laboratories, Inc., Dolby International AB, and Dolby Laboratories Licensing Corp.*